UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIAZ MALDONADO,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN PASSON,<br><br>    Defendant. | Case No. 23-cv-02394-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 14 |

Good cause being shown, Plaintiff's request for an extension of time to file his amended complaint is GRANTED. Dkt. No. 14. By January 31, 2024, Plaintiff shall file an amended complaint that addresses the deficiencies identified in the Court's November 9, 2023 Order of Dismissal with Leave to Amend (Dkt. No. 12). Failure to file an amended complaint in the time provided will result in dismissal of this action without further notice to Plaintiff.

The order terminates Dkt. No. 14.

**IT IS SO ORDERED.**

Dated: 12/18/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge