UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIAZ MALDONADO,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. KALESHER, et al.,<br><br>    Defendants. | Case No. 23-cv-02394-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk is directed close the case and terminate all pending motions as moot.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   8/19/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge